■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS RODRIGUEZ, Appellant. [630 NYS2d 545] —Appeal by the defendant from a judgment of the Supreme Court, Kings

County (Feldman, J.), rendered October 13, 1993, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered.

We agree with the defendant that the court erred in ruling that he was not entitled to a certain arrest report written by one of the police officers who testified at trial. Inasmuch as the report constituted a statement of a prosecution witness relating to the subject matter of that witness' testimony, it constituted *Rosario* material which the prosecutor was obligated to provide to the defense *(see, People v Martinez,* 71 NY2d 937; *People v Jones,* 70 NY2d 547, 550; *People v Gamble,* 172 AD2d 687)*. Accordingly, since the court erred in concluding that the People had no duty to turn over the report, the defendant is entitled to a new trial *(People v Jones, supra; People v Novoa,* 70 NY2d 490; *People v Gamble, supra)*.

The defendant's remaining contentions are lacking in merit. Mangano, P. J., Thompson, Ritter and Florio, JJ., concur.